No. 1109. DIKIS, ADMINISTRATOR, ET AL. *v.* ST. LOUIS-SAN FRANCISCO RAILWAY CO. ET AL.; and

No. 1110. ST. LOUIS-SAN FRANCISCO RAILWAY CO. *v.* CHASE NATIONAL BANK ET AL., TRUSTEES, ET AL. June 10, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *William V. Hodges, C. O. Inman* and *Phil W. Davis, Jr.,* for Lola Brooks et al., petitioners. *Edwin S. S. Sunderland, Thomas O'G. FitzGibbon, James L. Homire, Henry W. Anderson, George D. Gibson, Robert T. Swaine, Leonard D. Adkins, Fitzhugh McGrew, Jesse E. Waid, Alexander M. Lewis* and *Orville W. Wood* for Chase National Bank et al., respondents.

No. 1111. ST. LOUIS-SAN FRANCISCO RAILWAY CO. *v.* CHASE NATIONAL BANK ET AL. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *William V. Hodges* for petitioner. *Arthur A. Gammell* for the Chase National Bank, respondent.

No. 873. SIEGEL *v.* UNITED STATES. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Cyril Coleman* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 1201. UNITED STATES EX REL. KARPATHIOU *v.* JORDAN, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION. June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Harry G. Johnson* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Leon Ulman* for respondent.